PROOF OF SERVICE BY MAIL

(C.C.P. §§1013A, 2015.5)

**FILED**

JAN 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA )
) SS. In re: Keith MacMeekin, on habeas corpus
COUNTY OF MONTEREY )

I, __**WILLIAM WALKER**__, am a resident of the State of California, County of Monterey. I am over the age of 18 years and I ~~am~~/am not a party to the within action. My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

On __**January** 25__, __2008__, I served the foregoing:

**TRAVERSE TO RESPONDENT'S RETURN TO HABAAS CORPUS WITH POINTS,**

**AUTHORITES AND EXHIBITS IN SUPPORT THEREOF**

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

```
California Attorney General
P.O. Box 944255
Sacramento, CA  94244-2550
```

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __25th__ day of __**January**__, 20__08__, at Soledad, California.

/S/ _William Walker_

```
 1 │ Keith MacMeekin
   │ CDC # D-30728
 2 │ P.O. Box 689
   │ Soledad, CA 93960
 3 │
   │ In pro se
 4 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case no. CV 07-3771 CRB (PR) |
|---|---|
| KEITH MacMEEKIN, | PETITIONER'S TRAVERSE TO RESPONDENT'S RETURN TO PETITION FOR WRIT OF HABEAS CORPUS; POINTS AND AUTHORITIES |
| on habeas corpus. | |

TRAVERSE

Petitioner, proceeding pro se, hereby submits this TRAVERSE TO RESPONDENT'S RETURN following the Court's Order to Show Cause dated Nov. 16, 2007. Petitioner admits, denies and alleges in reply to Respondent's allegations as follows:

I

Petitioner expressly re-alleges each and every factual contention made in his Petition and accompanying Memorandum and Exhibits previously filed in this Court and incorporates them by reference as though fully set forth herein.

II

Petitioner denies allegations contained in ¶ 1 and submits