IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACMEEKIN,<br><br>    Petitioner,<br><br> v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>_____/ | No. CV 07-03771 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of respondent.

Dated: May 27, 2007

Richard W. Wieking, Clerk

By: _____
Deputy Clerk