IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MacKEEKIN,        ) | |
| )                      Petitioner, ) | No. C 07-3771 CRB (PR) |
| ) | |
| vs.                    ) | ORDER |
| ) | |
| BEN CURRY, Warden,     ) | |
| ) | |
| Respondent.            ) | |
| _____) | |

Petitioner has filed a notice of appeal following the court's May 27, 2008 order denying on the merits his petition for a writ of habeas corpus.

The clerk is instructed to process the appeal because a certificate of appealability ("COA") is not necessary in this case. The Ninth Circuit has made clear that a state prisoner challenging a parole board's administrative decision to deny his request for parole need not obtain a COA. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

SO ORDERED.

DATED: June 10, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\MacMeekin, K1.coa.wpd