UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 12, 2008

**CASE INFORMATION:**
Short Case Title:  KEITH MACMEEKIN-v- B. CURRY
Court of Appeals No. (leave blank if  unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-03771 CRB(PR)
Date Complaint/Indictment/Petition Filed: 7/23/07
Date Appealed order/judgment *entered* 5/27/08
Date NOA *filed* 6/4/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):         ☐  granted in full (attach order)        ☐  denied in full (send record)
                                             ☐  granted in part (attach order)        ☐   pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                                     Date Docket Fee Billed: 6/12/08
Date FP granted:                                             Date FP denied:
Is FP pending? ☐ yes  ☐ no                        Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                                    Appellee Counsel:
Keith MacMeekin D-30728                        Scott Colin Mather
Correctional Training Facility - Central       CA State Attorney General's Office
P.O. Box 689                                             455 Golden Gate Ave., Suite 11000
Soledad, CA 93960-0689                           San Francisco, CA 94102-7004

☐ retained  ☐ CJA  ☐ FPD ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                         Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                         9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000