1 | Keith MacMeekin
  | CDC # D-30728
2 | P.O. Box 689/F-221-Up
  | Soledad, CA 93960
3 |
4 | In pro se

FILED

JUN 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:                            Case no. CV07-3771 CRB

    KEITH MacMEEKIN,          NOTICE OF APPEAL

        On habeas corpus./

PLEASE TAKE NOTICE that Petitioner hereby appeals the JUDGMENT, filed in this court on May 27, 2008. This NOTICE is made pursuant to Rosas v. Nielson (9th Cir. 2005) 428 F.3d 1229. Further the author invokes Psalms 109 on all participants involved in the Denial and Judgment as warranted.

Submitted this 2nd day of June, 2008.

                                               /s/ Keith Mac Meekin
                                               KEITH MacMEEKIN, in pro se

```
                                                              FILED
                                                           MAY 27 2008
              IN THE UNITED STATES DISTRICT COURT     RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| KEITH MACMEEKIN, | No. CV 07-03771 CRB, |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of respondent.

Dated: May 27, 2007

Richard W. Wieking, Clerk
By: [signature]
Deputy Clerk

# Convicts who killed as teens deserve chance of parole, child advocates say

**By Steve Geissinger**
*Mercury News Sacramento Bureau*

SACRAMENTO — Sara K. says if she were freed from prison, she would try to help children who find themselves in the terrible circumstances she had to endure as a young teen.

But Sara doesn't expect to ever be free. She is among 227 people in California serving life sentences without parole for crimes committed when they were ages 14 to 17.

Sara's crime?

At 16, she killed her 31-year-old pimp, who steered her into prostitution over three years.

"I definitely know I deserve punishment," Sara, now 29, said in an interview taped by the group Human Rights Watch. "But I'm going to die here."

Human Rights Watch released a 100-page report, along with recordings of juveniles sentenced to life terms, at a Capitol news conference Monday. The event coincided with an announcement by Sen. Leland Yee, D-San Francisco, that he will move forward with a bill, SB 999, that would no longer allow anyone under 18 who commits murder with "special circumstances" to be sentenced to life without possibility of parole.

Sara's special circumstance was that she planned the killing.

Yee, a child psychologist, insists teens still in their formative years should not be barred from a chance for parole.

"Adolescent impulse control, planning and critical thinking skills are still not yet fully developed," said Yee. "Children have an extraordinary capacity for rehabilitation."

Yee's bill — which would still allow judges to sentence juveniles to 25 years to life, but with possibility of parole — is backed by child advocacy groups.

"The public can be kept safe without locking children up forever for crimes committed when they were too young to vote, drink or even drive," said Elizabeth Calvin, author of the report.

*Child advocacy groups support Sen. Leland Yee's bill, which would still let judges sentence juveniles to 25 years to life, but with the possibility of parole.*

Victim rights groups oppose the measure, saying it would allow parole of those who committed murders with special circumstances that include gang, police or hate killings.

"When they do these violent, brutal crimes, I don't care what age they are," said Maggie Elvey of Crime Victims United. "They need to be held accountable and that means never getting out of prison."

Gov. Arnold Schwarzenegger has not taken a position on the measure.

To reach the governor's desk, the bill would need two-thirds majority votes in both houses of the Legislature because it alters crime-fighting Proposition 115, which voters approved 18 years ago.

A two-thirds vote would require the support of a few Republican lawmakers, which may be difficult for Yee to obtain. Assembly Minority Leader Mike Villines, R-Fresno, voiced opposition to the bill after its introduction last year.

Villines says Californians "should not have to live in fear that these criminals could someday be back out on the streets."

Nearly all the world's inmates who were juveniles sentenced to life terms are in the United States. Human Rights Watch said they total about 2,380 — with all but seven in the United States. The organization said most nations outlaw the practice.

In the United States, the Supreme Court has barred the death penalty for minors.

Nationally, New York, Colorado and the District of Columbia have prohibited life sentences for juveniles.

Other states are considering changes such as those proposed by Yee, including Arkansas, Florida, Illinois, Iowa, Louisiana, Massachusetts, Michigan, Nebraska and Washington.

Sara holds out hope that someday maybe California will change its law and give her a second chance.

"The way I think now is very different than the way I thought then," she said in the taped interview. "I do whatever I can to be a better person."

Human Rights Watch said statistics obtained from the California Department of Corrections showed nearly half of the California youth sentenced to life without parole for involvement in a murder did not actually kill the victim.

Many were convicted of felony murder, or for aiding and abetting the murder, because they acted as lookouts or were participating in another felony when the murder took place.

The organization also said California has the worst record in the nation for racial disparity in the imposition of life without parole for juveniles. African-American youths are serving the sentence at a rate that is 18 times higher than the rate for white youths. The rate for Latino youths is five times higher.

**IF YOU'RE INTERESTED**
The Human Rights Watch report is online at: http://hrw.org/reports/2008/us0108/

*Contact Steve Geissinger at sgeissinger@bayareanewsgroup.com, or (916) 447-9302.*

## PROOF OF SERVICE BY MAIL

(C.C.P. §§1013A, 2015.5)

STATE OF CALIFORNIA )
                            ) SS. **In re: Keith MacMeekin, on habeas corpus**
COUNTY OF MONTEREY )

I, __**WILLIAM WALKER**__, am a resident of the State of California, County of Monterey. I am over the age of 18 years and I ~~am~~ am not a party to the within action.

My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

On __**June 2**__, 20__**08**__, I served the foregoing:

__**NOTICE OF APPEAL**__

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

**CA Attorney General**
**Bx 944255**
**Sacramento, CA 94244-2550**

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __2nd__ day of __**June**__, 20__**08**__, at Soledad, California.

ORIGINAL

/S/ _William Walker_

W. Rick Walker/E-72558
Bx 689/F-120-Up
Soledad, CA 93960

Confidential Legal Mail

U.S. District Court
Northern District Clerk
450 Golden Gate Av.
San Francisco, CA 94244

9410 2533 6615 0004

SAN JOSE CA 951
03 JUN 2008

$00.59
JUN 03 2008
MAILED FROM ZIPCODE 93960