APPEAL, CLOSED, E-Filing, HABEAS, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03771-CRB
## Internal Use Only

| | |
|---|---|
| MacMeekin v. Curry<br>Assigned to: Hon. Charles R. Breyer<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 07/23/2007<br>Date Terminated: 05/27/2008<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**

**Keith MacMeekin**         represented by **Keith MacMeekin**
D-30728
Correctional Training Facility - Central
P.O. Box 689
Soledad, CA 93960-0689
PRO SE

V.

**Respondent**

**B. Curry**         represented by **Scott Colin Mather**
*Warden*         CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-703-5709
Fax: 415-703-5843
Email: Scott.Mather@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5. Receipt # 34611008671). No Process. Filed byKeith MacMeekin. (mcl, COURT STAFF) (Filed on 7/23/2007) (Entered: 07/24/2007) |
| 07/23/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Keith MacMeekin. (mcl, COURT STAFF) (Filed on 7/23/2007) (Entered: 07/24/2007) |
| | | |

| | | |
|---|---|---|
| 07/23/2007 | | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 07/24/2007) |
| 11/16/2007 | 3 | ORDER TO SHOW CAUSE and Order by Judge Charles R. Breyer granting 2 Motion for Leave to Proceed in forma pauperis (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/20/2007) |
| 01/10/2008 | 4 | Response to Order to Show Cause 3 Order on Motion for Leave to Proceed in forma pauperis *Answer to Order to Show Cause; Memorandum of Points and Authorities* byB. Curry. (Attachments: # 1 Exhibit 1-2, # 2 Exhibit 3-5, # 3 Exhibit 6 part 1 of 2, # 4 Exhibit 6 part 2 of 2, # 5 Exhibit 7, # 6 Exhibit 8 part 1 of 2, # 7 Exhibit 8 part 2 of 2, # 8 Exhibit 9-11)(Mather, Scott) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/29/2008 | 5 | Traverse re 4 Response to Order to Show Cause, byKeith MacMeekin. (mcl, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 6 | MEMORANDUM of points and authorities in Support re 5 Traverse filed byKeith MacMeekin. (Attachments: # 1 Exhibit A)(Related document(s) 5 ) (mcl, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 7 | CERTIFICATE OF SERVICE by Keith MacMeekin re 5 Traverse, 6 Memorandum in Support (mcl, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 05/27/2008 | 8 | ORDER DENYING re 1 Petition for Writ of Habeas Corpus filed by Keith MacMeekin. Signed by Judge Charles R. Breyer on 5/27/08. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 05/27/2008 | 9 | CLERK'S JUDGMENT in favor of B. Curry against Keith MacMeekin (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 05/27/2008 | | (Court only) ***Civil Case Terminated. (be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 06/04/2008 | 10 | NOTICE OF APPEAL as to 9 Clerk's Judgment by Keith MacMeekin. (mcl, COURT STAFF) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/10/2008 | 11 | ORDER re certificate of appealability. Signed by Judge Charles R. Breyer on 6/10/08. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 6/10/2008) Modified on 6/12/2008 (mcl, COURT STAFF). (Entered: 06/11/2008) |
| 06/12/2008 | 12 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 10 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 6/12/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 06/12/2008) |
| 06/12/2008 | 13 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 06/12/2008) |
| | | |

| | | |
|---|---|---|
| 06/12/2008 | 14 | Mailed request for payment of docket fee to appellant. (cc to USCA) (mcl, COURT STAFF) (Entered: 06/12/2008) |
| 06/12/2008 | 15 | Certificate of Record Mailed to USCA re 10 Notice of Appeal. (mcl, COURT STAFF) (Filed on 6/12/2008) (Entered: 06/12/2008) |