UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 12, 2008

Keith MacMeekin D-30728
Correctional Training Facility - Central
P.O. Box 689
Soledad, CA 93960-0689

SUBJECT:   Request for Payment of Docket Fee

Title:  **KEITH MACMEEKIN -v- B. CURRY**
Case Number:   CV 07-03771 CRB(PR)
Court of Appeals Number:

A notice of appeal was filed with this Court on June 4, 2008 and the docketing fee of $ $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

cc: U.S. Court of Appeals