**RECEIVED**

JUN 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 12, 2008

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 13 2008

FILED _____
DOCKETED _____
DATE _____ INITIAL

**CASE INFORMATION:**
Short Case Title: KEITH MACMEEKIN -v- B. CURRY
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-03771 CRB(PR)
Date Complaint/Indictment/Petition Filed: 7/23/07
Date Appealed order/judgment entered 5/27/08
Date NOA filed 6/4/08
Date(s) of Indictment Plea Hearing Sentencing

08-16409

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 6/12/08
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                       Appellee Counsel:
Keith MacMeekin D-30728                  Scott Colin Mather
Correctional Training Facility - Central CA State Attorney General's Office
P.O. Box 689                             455 Golden Gate Ave., Suite 11000
Soledad, CA 93960-0689                   San Francisco, CA 94102-7004

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | June 12, 2008 | General Court Number<br>415.522.2000 |

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03771 CRB (PR)**

**CASE TITLE: KEITH MACMEEKIN-v-B. CURRY**

USCA Case Number: 08-16409

Dear Sir/Madam:

   Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                               Sincerely,

                               RICHARD W. WIEKING, Clerk

                               by: Maria Loo
                               Case Systems Administrator

cc: Counsel of Record