**FILED**

JUL 17 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| KEITH MACMEEKIN, | No. 08-16409 |
|---|---|
| Petitioner - Appellant, | D.C. No. 3:07-CV-03771-CRB |
| v. | Northern District of California, San Francisco |
| B. CURRY, Warden, | ORDER |
| Respondent - Appellee. | |

Respondent's motion to stay appellate proceedings is granted in part. Proceedings are stayed until October 14, 2008. At or prior to expiration of the stay, respondent may move for further appropriate relief. In the absence of a further motion, the stay will expire and the following schedule will govern: the opening brief shall be due October 28, 2008; the answering brief shall be due November 28, 2008; and the optional reply brief shall be due 14 days after service of the answering brief. Appellant's motion for an extension of time to file the opening brief is denied as moot.

For the Court:

MOLLY C. DWYER
Clerk of Court

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to
Rule 27 and Ninth Circuit Rule 27-10

cb /Pro Mo